# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jeremiah Loyd,<br>Paula Coit,<br><br>　　　　　　Defendant. | No. 15-04442M (LAB)<br><br>**ORDER** |

　　　On motion of the Government (Doc. 14), IT IS HEREBY ORDERED, granting the motion for a status conference or change of plea hearing as to Defendant Alan Palomino-Beltran.  The hearing is scheduled before Magistrate Judge Leslie A. Bowman, 405 W. Congress Street, Special Proceedings Courtroom, Tucson, Arizona on July 1, 2015 at 3:15 p.m.

　　　If a Change of Plea hearing is to be conducted, IT IS HEREBY ORDERED that the Government file an Information and defense counsel file a Notice of Change of Plea no later than 3:00 p.m. on June 30, 2015.   If the parties have entered into a Stipulation for Release of the Material Witnesses, such stipulation is to be provided to the Court at the hearing.

　　　 Dated this 15th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　_Leslie A. Bowman_
　　　　　　　　　　　　　　　　　　　　Leslie A. Bowman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge